EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>   Irma E. Casiano Santiago | 2002 TSPR 20<br><br>156 DPR \_\_\_\_ |

Número del Caso: TS-10903


Fecha: 15/febrero/2002


Oficina del Procurador General:
                Lcda. Cynthia Iglesias Quiñones
                Procuradora General Auxiliar


Abogada de la Parte Querellada:
                Por Derecho Propio


Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

**In re**:


Irma E. Casiano Santiago                     TS-10903


RESOLUCIÓN

San Juan, Puerto Rico, a 15 de febrero de 2002.


Vista la Moción solicitando la reinstalación al ejercicio de la práctica de la profesión de abogado a la mayor brevedad posible presentada por Irma E. Casiano Santiago el 17 de enero de 2002 a la luz de nuestra Opinión Per Curiam de 27 de septiembre de 2001, se autoriza su reinstalación al ejercicio de la abogacía, efectivo al día de hoy.

Notifíquese por escrito y vía telefónica.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Carmen E. Cruz Rivera
Secretaria del Tribunal Supremo Interina